**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 14-23446-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

Norman J Faett, III
746 Shady Lane
Pittsburgh PA 15228

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/19/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 4: Caliber Home Loans, Inc., P.O. Box 24330, Oklahoma City, Oklahoma 73124 | Select Portfolio Servicing Inc.<br>P.O.Box 65450,Salt Lake City,UT 84165 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/21/17

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Norman J Faett, III  
    Debtor

Case No. 14-23446-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2　　　User: lfin　　　Page 1 of 1　　　Date Rcvd: Jul 19, 2017  
　　　　　　　　　　　　　Form ID: trc　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2017.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
13943818　　　+E-mail/Text: ECMBKMail@Caliberhomeloans.com Jul 20 2017 01:04:40　　Caliber Home Loans, Inc., P.O. Box 24330,   Oklahoma City, Oklahoma 73124-0330  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2017　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2017 at the address(es) listed below:  
　　　　Alexandra Teresa Garcia　　on behalf of Creditor　　LSF8 Master Participation Trust, by Caliber Home Loans, Inc. ecfmail@mwc-law.com  
　　　　Celine P. DerKrikorian　　on behalf of Creditor　　LSF8 Master Participation Trust, by Caliber Home Loans, Inc. ecfmail@mwc-law.com  
　　　　James Warmbrodt　　on behalf of Creditor　　DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com  
　　　　James Warmbrodt　　on behalf of Creditor　　Caliber Home Loan, Inc. bkgroup@kmllawgroup.com  
　　　　Jeffrey R. Hunt　　on behalf of Creditor　　Municipality of Mt. Lebanon jhunt@grblaw.com, cnoroski@grblaw.com  
　　　　Jeffrey R. Hunt　　on behalf of Creditor　　Mt. Lebanon School District jhunt@grblaw.com, cnoroski@grblaw.com  
　　　　Kenneth Steidl　　on behalf of Debtor Norman J Faett, III julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com  
　　　　Office of the United States Trustee　　ustpregion03.pi.ecf@usdoj.gov  
　　　　Peter J. Ashcroft　　on behalf of Creditor　　Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernsteinlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
　　　　Ronda J. Winnecour　　cmecf@chapter13trusteewdpa.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 10