**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| NORMAN J FAETT III | Case No. 14-23446GLT |
| Debtor(s) | |
| RONDA J. WINNECOUR, Standing Chapter 13 Trustee, | Chapter 13 |
| Movant | Document No __ |
| vs. | |
| PA DEPARTMENT OF REVENUE* | |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

| | |
|---|---|
| PA DEPARTMENT OF REVENUE*<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Court claim# 1/Trustee CID# 8 |

The Movant further certifies that on 12/14/2017 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>NORMAN J FAETT III, 746 SHADY LANE, PITTSBURGH, PA  15228 | DEBTOR'S COUNSEL:<br>KENNETH STEIDL ESQ, STEIDL & STEINBERG, 707 GRANT ST STE 2830, PITTSBURGH, PA  15219 |
| ORIGINAL CREDITOR'S COUNSEL:<br>ROBERT C EDMUNDSON ESQ, SR DPTY ATTY GENL-COMM OF PA, 564 FORBES AVE 6TH FL, PITTSBURGH, PA  15219 | ORIGINAL CREDITOR:<br>PA DEPARTMENT OF REVENUE*, BUR OF COMPL SECT-DEPT 280946, STRAWBERRY SQ, HARRISBURG, PA  17128 |
| NEW CREDITOR: | |