FILED
5/1/19 11:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| Norman J. Faett, III, | Case No. 14-23446 GLT |
| Debtor | Chapter 13 |
| | Docket No. 76 |
| Norman J. Faett, III, | |
| Movant | |
| vs. | |
| Discover Bank, | |
| Respondent | |

## ORDER OF COURT

AND NOW, to wit, this  1st  day of  May , 2019, it is hereby

ORDERED, ADJUDGED, and DECREED, that Respondent's proof of claim number 3 is

stricken.

Prepared by: __Kenneth Steidl, Esq.__

**DEFAULT ENTRY**

Dated: May 01, 2019
cm: Kenneth Steidl, Esq.

Gregory Taddonio    hct
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 14-23446-GLT
Norman J Faett, III                                                                             Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin                  Page 1 of 1                Date Rcvd: May 01, 2019
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2019.
db             +Norman J Faett, III,    746 Shady Lane,    Pittsburgh, PA 15228-2451

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2019 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    LSF8 Master Participation Trust, by Caliber
               Home Loans, Inc. ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
              Celine P. DerKrikorian    on behalf of Creditor    LSF8 Master Participation Trust, by Caliber Home
               Loans, Inc. ecfmail@mwc-law.com
              James  Warmbrodt    on behalf of Creditor    DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    Caliber Home Loan, Inc. bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Municipality of Mt. Lebanon jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Mt. Lebanon School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Kenneth  Steidl    on behalf of Debtor Norman J Faett, III julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 10