**Form 604**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Norman J Faett III** | : | Case No. 14–23446–GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 81 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 12/4/19 at 11:00 AM |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

     *AND NOW,* this *The 25th of September, 2019*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 81 by the Chapter 13 Trustee,

     It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

     (1)  *On or before November 12, 2019*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

     (2)  This Motion is scheduled for hearing on *December 4, 2019 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

     (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall *IMMEDIATELY* advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

     (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

```
                                 United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                                      Case No. 14-23446-GLT
Norman J Faett, III                                                         Chapter 13
        Debtor                       CERTIFICATE OF NOTICE
District/off: 0315-2          User: jhel                  Page 1 of 2                  Date Rcvd: Sep 25, 2019
                              Form ID: 604                Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2019.
db             +Norman J Faett, III,    746 Shady Lane,    Pittsburgh, PA 15228-2451
13912263       +Caliber Home Loans,    P.O. Box 24610,    Oklahoma City, OK 73124-0610
13912264        Citi Financial Services,    and Network Personal Loans,    c/o Accounts Receivable Managment,
                 P.O. Box 561,    Thorofare, NJ 08086-0561
13912265        GM Financial,    PO Box 18323,    Arlington, TX 76096-3123
13912266        GM Financial and Americredit Financial,    c/o David J. Apothaker, Esq.,
                 520 Fellowship Rd., Suite C-306,    P.O. Box 5496,    Mount Laurel, NJ 08054-5496
13924368       +Mt. Lebanon School District,    c/o Jordan Tax Service,    102 Rahway Road,
                 Canonsburg, PA 15317-3349
13953445       +Municipality of Mt. Lebanon,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13953446       +Municipality of Mt. Lebanon/Mt. Lebanon SD,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13912269       +PA Department of Revene,    PO Box 280432,    Harrisburg, PA 17128-0432
14661645        Select Portfolio Servicing Inc.,    P.O.Box 65450,Salt Lake City,UT 84165
14775610       +U.S. Bank Trust National Association,    c/o BSI Financial Services,
                 1425 Greenway Drive, Ste. 400,    Irving, TX 75038-2480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13918094       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 26 2019 03:26:26
                 AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
13943818       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Sep 26 2019 03:28:22      Caliber Home Loans, Inc.,
                 P.O. Box 24330,    Oklahoma City, Oklahoma 73124-0330
13924363        E-mail/Text: mrdiscen@discover.com Sep 26 2019 03:26:08      Discover Bank,    PO Box 15251,
                 Wilmington, DE 19886
13943596        E-mail/Text: mrdiscen@discover.com Sep 26 2019 03:26:08      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
13912267        E-mail/Text: cio.bncmail@irs.gov Sep 26 2019 03:26:22      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
13924369        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 26 2019 03:26:56      PA Department of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
13958318        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 26 2019 03:35:34
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13917440       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 26 2019 03:26:56
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Caliber Home Loan, Inc.
cr             DLJ Mortgage Capital, Inc.
cr             Duquesne Light Company
cr             LSF8 Master Participation Trust, by Caliber Home L
cr             Mt. Lebanon School District
cr             Municipality of Mt. Lebanon
cr             U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE O
cr             U.S. Bank Trust National Association, as Trustee o
cr*           +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,    Arlington, TX 76096-3853
13924361*     +Caliber Home Loans,    P.O. Box 24610,    Oklahoma City, OK 73124-0610
13924362*      Citi Financial Services,    and Network Personal Loans,    c/o Accounts Receivable Managment,
                P.O. Box 561,    Thorofare, NJ 08086-0561
13924364*      GM Financial,    PO Box 18323,    Arlington, TX 76096-3123
13924365*      GM Financial and Americredit Financial,    c/o David J. Apothaker, Esq.,
                520 Fellowship Rd., Suite C-306,    P.O. Box 5496,    Mount Laurel, NJ 08054-5496
13912268*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,    c/o Edward Laubaugh, Esq.,
                8th Floor- Federal Building,    1000 LIberty Ave.,    Pittsburgh, PA 15222)
13924366*      Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13924367*      Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
13924370*      PA Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
13924371*      PA Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
14865352*     +U.S. Bank Trust National Association,    c/o BSI Financial Services,
                1425 Greenway Drive, Ste 400,    Irving, TX 75038-2480
                                                                                           TOTALS: 8, * 11, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2           User: jhel                  Page 2 of 2                    Date Rcvd: Sep 25, 2019
                               Form ID: 604                Total Noticed: 19
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2019 at the address(es) listed below:
          Alexandra Teresa Garcia    on behalf of Creditor    LSF8 Master Participation Trust, by Caliber
           Home Loans, Inc. ecfmail@mwc-law.com,  ecfmail@ecf.courtdrive.com
          Celine P. DerKrikorian    on behalf of Creditor    LSF8 Master Participation Trust, by Caliber Home
           Loans, Inc. ecfmail@mwc-law.com
          James  Warmbrodt    on behalf of Creditor    DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    Caliber Home Loan, Inc. bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Mt. Lebanon School District jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Municipality of Mt. Lebanon jhunt@grblaw.com,
           cnoroski@grblaw.com
          Kenneth  Steidl    on behalf of Debtor Norman J Faett, III julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 10
```