**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **NORMAN J FAETT III** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **14-23446GLT** |

# Form 4100N
# Notice of Final Cure Payment                                                     10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

**Name of creditor:** US BANK TRUST NA - TRUSTEE SCIG SERIES

**Court claim no.** (if known): 4-2

**Last 4 digits** of any number you use to identify the debtor's account: 3 3 6 4

**Property Address:** 746 SHADY LANE
PITTSBURGH PA 15228

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:**                                  **Amount**

a. Allowed prepetition arrearage:                                      (a)  $        0.00
b. Prepetition arrearage paid by the trustee:                          (b)  $        0.00
c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c):   (c)  $        0.00
d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee:   (d)  $        0.00
e. Allowed postpetition arrearage:                                     (e)  $        0.00
f. Postpetition arrearage paid by the trustee:                       + (f)  $        0.00
g. **Total.** Add lines b, d, and f.                                    (g)  $        0.00

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment                                          $   $1,445.11

The next postpetition payment is due on   9 / 1 / 2019
                                         MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

| Debtor 1 | NORMAN J FAETT III | Case number *(if known)* | **14-23446GLT** |
|---|---|---|---|
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

✗ /s/ Ronda J. Winnecour          Date  10/11/2019
Signature

| Trustee | Ronda J. Winnecour |
|---|---|
| Address | CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219 |
| Contact phone | (412) 471-5566           Email  cmecf@chapter13trusteewdpa.com |

| Debtor 1 | **NORMAN J FAETT III** | Case number *(if known)* | **14-23446GLT** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---:|
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 01/27/2015 | 0928518 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 5,780.44 |
| 02/24/2015 | 0932584 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,445.11 |
| 04/24/2015 | 0940764 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 2,890.22 |
| 05/26/2015 | 0944929 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,445.11 |
| 07/28/2015 | 0952949 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 2,822.42 |
| 08/26/2015 | 0956996 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,512.91 |
| 09/28/2015 | 0960900 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,445.11 |
| 10/26/2015 | 0964859 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,445.11 |
| 11/24/2015 | 0969018 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,445.11 |
| 12/22/2015 | 0973030 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,445.11 |
| 01/26/2016 | 0977080 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,445.11 |
| 02/24/2016 | 0981012 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,445.11 |
| 03/28/2016 | 0985063 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,445.11 |
| 04/22/2016 | 0989264 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,445.11 |
| 05/24/2016 | 0993218 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,445.11 |
| 06/24/2016 | 1001981 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,445.11 |
| 07/26/2016 | 1005952 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,445.11 |
| 08/26/2016 | 1009950 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,445.11 |
| 09/27/2016 | 1013970 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,445.11 |
| 10/26/2016 | 1017843 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,445.11 |
| 11/21/2016 | 1021152 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,445.11 |
| 12/21/2016 | 1024449 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,445.11 |
| 01/27/2017 | 1027919 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,359.92 |
| 02/24/2017 | 1031332 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,530.30 |
| 03/02/2017 | | LSF8 MASTER PARTICIPATION TRUST | CONTINUING DEBT REFUND | -1,359.92 |
| 07/25/2017 | 1047116 | DLJ MORTGAGE CAPITAL | AMOUNTS DISBURSED TO CREDITOR | 8,585.47 |
| 08/25/2017 | 1050464 | DLJ MORTGAGE CAPITAL | AMOUNTS DISBURSED TO CREDITOR | 1,445.11 |
| 09/26/2017 | 1053790 | DLJ MORTGAGE CAPITAL | AMOUNTS DISBURSED TO CREDITOR | 1,445.11 |
| 10/25/2017 | 1057172 | DLJ MORTGAGE CAPITAL | AMOUNTS DISBURSED TO CREDITOR | 1,445.11 |
| 03/28/2018 | 1075307 | US BANK TRUST NA - TRUSTEE OF THE IC | AMOUNTS DISBURSED TO CREDITOR | 7,225.55 |
| 04/24/2018 | 1078540 | US BANK TRUST NA - TRUSTEE OF THE IC | AMOUNTS DISBURSED TO CREDITOR | 1,445.11 |
| 05/25/2018 | 1081823 | US BANK TRUST NA - TRUSTEE OF THE IC | AMOUNTS DISBURSED TO CREDITOR | 1,445.11 |
| 06/22/2018 | 1084936 | US BANK TRUST NA - TRUSTEE SCIG SER | AMOUNTS DISBURSED TO CREDITOR | 1,445.11 |
| 07/26/2018 | 1088185 | US BANK TRUST NA - TRUSTEE SCIG SER | AMOUNTS DISBURSED TO CREDITOR | 1,445.11 |
| 08/28/2018 | 1091404 | US BANK TRUST NA - TRUSTEE SCIG SER | AMOUNTS DISBURSED TO CREDITOR | 1,445.11 |
| 09/25/2018 | 1094541 | US BANK TRUST NA - TRUSTEE SCIG SER | AMOUNTS DISBURSED TO CREDITOR | 1,445.11 |
| 10/29/2018 | 1097796 | US BANK TRUST NA - TRUSTEE SCIG SER | AMOUNTS DISBURSED TO CREDITOR | 1,445.11 |
| 11/27/2018 | 1100900 | US BANK TRUST NA - TRUSTEE SCIG SER | AMOUNTS DISBURSED TO CREDITOR | 1,445.11 |
| 12/21/2018 | 1103998 | US BANK TRUST NA - TRUSTEE SCIG SER | AMOUNTS DISBURSED TO CREDITOR | 1,445.11 |
| 01/25/2019 | 1107280 | US BANK TRUST NA - TRUSTEE SCIG SER | AMOUNTS DISBURSED TO CREDITOR | 1,445.11 |
| 02/25/2019 | 1110496 | US BANK TRUST NA - TRUSTEE SCIG SER | AMOUNTS DISBURSED TO CREDITOR | 1,445.11 |
| 03/25/2019 | 1113790 | US BANK TRUST NA - TRUSTEE SCIG SER | AMOUNTS DISBURSED TO CREDITOR | 1,445.11 |
| 04/26/2019 | 1117121 | US BANK TRUST NA - TRUSTEE SCIG SER | AMOUNTS DISBURSED TO CREDITOR | 1,445.11 |
| 05/24/2019 | 1120512 | US BANK TRUST NA - TRUSTEE SCIG SER | AMOUNTS DISBURSED TO CREDITOR | 1,445.11 |
| 06/25/2019 | 1123918 | US BANK TRUST NA - TRUSTEE SCIG SER | AMOUNTS DISBURSED TO CREDITOR | 1,445.11 |
| 07/29/2019 | 1127384 | US BANK TRUST NA - TRUSTEE SCIG SER | AMOUNTS DISBURSED TO CREDITOR | 1,445.11 |
| | | | | 83,816.38 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

NORMAN J FAETT III
746 SHADY LANE
PITTSBURGH, PA  15228

KENNETH STEIDL ESQ
STEIDL & STEINBERG
707 GRANT ST STE 2830
PITTSBURGH, PA  15219

US BANK TRUST NA - TRUSTEE SCIG SERIES III TRUST
C/O BSI FINANCIAL SERVICES
PO BOX 679002
DALLAS, TX  75267-9002

BSI FINANCIAL SERVICES INC**
1425 GREENWAY DR STE 400
IRVING, TX  75038

MICHELLE R GHIDOTTI-GONSALVES ESQ
1920 OLD TUSTIN AVE
SANTA ANA, CA  92705


10/11/19                                             /s/ Roberta Saunier
                                                     Administrative Assistant
                                                     Office of the Chapter 13 Trustee