IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
11/25/19 11:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
NORMAN J FAETT III

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:14-23446

Chapter 13

Related to Dkt. No. 81

## ORDER OF COURT

AND NOW, this 25th day of November, 2019, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

**ENTERED BY DEFAULT**

_____
U.S. BANKRUPTCY JUDGE    jah

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 14-23446-GLT
Norman J Faett, III                                                   Chapter 13
        Debtor              **CERTIFICATE OF NOTICE**

District/off: 0315-2       User: lfin              Page 1 of 2              Date Rcvd: Nov 25, 2019
                           Form ID: pdf900         Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 27, 2019.
db             +Norman J Faett, III,    746 Shady Lane,    Pittsburgh, PA 15228-2451
13912263       +Caliber Home Loans,    P.O. Box 24610,    Oklahoma City, OK 73124-0610
13912264        Citi Financial Services,    and Network Personal Loans,    c/o Accounts Receivable Managment,
                 P.O. Box 561,    Thorofare, NJ 08086-0561
13912265        GM Financial,    PO Box 18323,    Arlington, TX 76096-3123
13912266        GM Financial and Americredit Financial,    c/o David J. Apothaker, Esq.,
                 520 Fellowship Rd., Suite C-306,    P.O. Box 5496,    Mount Laurel, NJ 08054-5496
13924368       +Mt. Lebanon School District,    c/o Jordan Tax Service,    102 Rahway Road,
                 Canonsburg, PA 15317-3349
13953445       +Municipality of Mt. Lebanon,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13953446       +Municipality of Mt. Lebanon/Mt. Lebanon SD,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13912269       +PA Department of Revene,    PO Box 280432,    Harrisburg, PA 17128-0432
14661645        Select Portfolio Servicing Inc.,    P.O.Box 65450,Salt Lake City,UT 84165
14775610       +U.S. Bank Trust National Association,    c/o BSI Financial Services,
                 1425 Greenway Drive, Ste. 400,    Irving, TX 75038-2480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13918094       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Nov 26 2019 03:49:17
                 AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
13943818       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Nov 26 2019 03:50:11    Caliber Home Loans, Inc.,
                 P.O. Box 24330,    Oklahoma City, Oklahoma 73124-0330
13924363        E-mail/Text: mrdiscen@discover.com Nov 26 2019 03:49:12    Discover Bank,    PO Box 15251,
                 Wilmington, DE 19886
13943596        E-mail/Text: mrdiscen@discover.com Nov 26 2019 03:49:12    Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13912267        E-mail/Text: cio.bncmail@irs.gov Nov 26 2019 03:49:17    Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
13924369        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 26 2019 03:49:35    PA Department of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
13958318        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 26 2019 03:45:36
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13917440       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 26 2019 03:49:35
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr             Caliber Home Loan, Inc.
cr             DLJ Mortgage Capital, Inc.
cr             Duquesne Light Company
cr             LSF8 Master Participation Trust, by Caliber Home L
cr             Mt. Lebanon School District
cr             Municipality of Mt. Lebanon
cr             U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE O
cr             U.S. Bank Trust National Association, as Trustee o
cr*           +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,    Arlington, TX 76096-3853
13924361*     +Caliber Home Loans,    P.O. Box 24610,    Oklahoma City, OK 73124-0610
13924362*      Citi Financial Services,    and Network Personal Loans,    c/o Accounts Receivable Managment,
                 P.O. Box 561,    Thorofare, NJ 08086-0561
13924364*      GM Financial,    PO Box 18323,    Arlington, TX 76096-3123
13924365*      GM Financial and Americredit Financial,    c/o David J. Apothaker, Esq.,
                 520 Fellowship Rd., Suite C-306,    P.O. Box 5496,    Mount Laurel, NJ 08054-5496
13912268*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    c/o Edward Laubaugh, Esq.,
                 8th Floor- Federal Building,    1000 LIberty Ave.,    Pittsburgh, PA 15222)
13924366*      Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13924367*      Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
13924370*      PA Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
13924371*      PA Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
14865352*     +U.S. Bank Trust National Association,    c/o BSI Financial Services,
                 1425 Greenway Drive, Ste 400,    Irving, TX 75038-2480
                                                                                   TOTALS: 8, * 11, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2          User: lfin              Page 2 of 2           Date Rcvd: Nov 25, 2019
                              Form ID: pdf900         Total Noticed: 19
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 25, 2019 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    LSF8 Master Participation Trust, by Caliber
               Home Loans, Inc. ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
              Celine P. DerKrikorian    on behalf of Creditor    LSF8 Master Participation Trust, by Caliber Home
               Loans, Inc. ecfmail@mwc-law.com
              James   Warmbrodt    on behalf of Creditor    DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    Caliber Home Loan, Inc. bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Mt. Lebanon School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Municipality of Mt. Lebanon jhunt@grblaw.com,
               cnoroski@grblaw.com
              Kenneth Steidl    on behalf of Debtor Norman J Faett, III julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 10
```